J. B. KALTWASSER *v.* GEORGE BAUMAN *et als.*

Appeal from St. Louis Land Court. Affirmed upon same point.